**Opinion filed August 30, 2018**



# In The

# Eleventh Court of Appeals

_____

## No. 11-18-00203-CV

_____

## IN THE INTEREST OF M.R. AND A.R., CHILDREN

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV 16-10-384**

## M E M O R A N D U M   O P I N I O N

Appellant, the mother of M.R. and A.R., has filed in this court a motion to dismiss her appeal.  In the motion, Appellant states that she wishes to withdraw her notice of appeal, and she requests that this court dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

August 30, 2018                                                    PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.